# MEMORANDUM DECISIONS

A. B. DICK CO. v. UNDERWOOD TYPEWRITER CO., Inc. (Circuit Court of Appeals, Second Circuit. May 2, 1918.) No. 234. Appeal from the District Court of the United States for the Southern District of New York. Bill in equity by the A. B. Dick Company against the Underwood Typewriter Company, Incorporated. From a decree (246 Fed. 309), in part for complainant and in part for defendant, defendant appeals. Decree affirmed. Arthur v. Briesen, Hans v. Briesen, and Fred A. Klein, all of New York City, for appellant. Samuel Owen Edmonds, of New York City (J. Edgar Bull, of New York City, of counsel), for appellee. Before WARD, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Decree affirmed, with costs.